GUS MAXWELL, Ca. Bar No. 326800
SARAH A. BUCKLEY, Va. Bar No. 87350
ALBERT LIN, Ca. Bar No. 338253
gustavus.maxwell@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
(303) 844-1347

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants,<br><br>and,<br><br>STATE OF OREGON,<br><br>Defendant-Intervenor. | Case No. 3:21-cv-01136-HZ<br><br>[PROPOSED] FINAL JUDGMENT |

Based on the Court's August 20, 2024 Opinion & Order and the Parties' cross-motions for summary judgment,

**IT IS HEREBY ADJUDGED AND DECREED** that:

(1) Judgment is entered in favor of Defendants U.S. Environmental Protection Agency, *et al.* and Defendant-Intervenor State of Oregon on Claim 1.

(2) Judgment is entered in favor of Plaintiff Northwest Environmental Advocates on Claim 2. This judgment is solely declaratory.

(3) Judgment is entered in favor of Defendants U.S. Environmental Protection Agency, *et al.* and Defendant-Intervenor State of Oregon on Claim 3 regarding (A) the scope of a submission schedule required by 40 C.F.R. § 130.7(d)(1), and (B) the extent of EPA involvement required by 40 C.F.R. § 130.7(d)(1) in jointly determining TMDL submission schedules.

(4) Judgment is entered in favor of Plaintiff Northwest Environmental Advocates on Claim 3 regarding Defendant U.S. Environmental Protection Agency's action on Oregon's 2020 schedule for the submission of TMDLs targeted for development in the next two years. This judgment is solely declaratory.

(5) Claim 4 is dismissed for failure to state a claim on which relief can be granted.

**IT IS SO ORDERED AND ADJUDGED**.

_____
Honorable Marco. A. Hernandez
UNITED STATES DISTRICT JUDGE

Respectfully submitted on September 19, 2024.

    TODD KIM
    Assistant Attorney General

    */s/ Albert Lin*
    GUS MAXWELL, Ca. Bar No. 326800
    SARAH A. BUCKLEY, Va. Bar No. 87350
    ALBERT LIN, Ca. Bar No. 338253
    United States Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    gustavus.maxwell@usdoj.gov
    sarah.buckley@usdoj.gov
    albert.lin@usdoj.gov
    999 18th Street; South Terrace, Suite 370
    Denver, CO 80202
    (303) 844-1347 (Maxwell)
    (202) 616-7554 (Buckley)
    (202) 514-2741 (Lin)

    *Attorneys for Defendants*

    ELLEN F. ROSENBLUM
    Attorney General

    */s/ Sadie Forzley*
    SADIE FORZLEY #151025
    Senior Assistant Attorney General
    Trial Attorney
    Tel (971) 673-1880
    Fax (971) 673-5000
    sadie.forzley@doj.state.or.us

    *Of Attorneys for Intervenor Defendant State of Oregon*

    */s/ James N. Saul*
    JAMES N. SAUL, OSB No. 152809
    Wild & Scenic Law Center
    3519 NE 15th Ave., #207
    Portland, OR 97219
    Telephone: (503) 342-2839
    E-mail: jsaul@wildandsceniclaw.org

    *Attorney for Plaintiff*