UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants,<br><br>and,<br><br>STATE OF OREGON,<br><br>Defendant-Intervenor. | Case No. 3:21-cv-01136-HZ<br><br><br><br>FINAL JUDGMENT |

Based on the Court's August 20, 2024 Opinion & Order and the Parties' cross-motions for summary judgment,

**IT IS HEREBY ADJUDGED AND DECREED** that:

(1) Judgment is entered in favor of Defendants U.S. Environmental Protection Agency, *et al.* and Defendant-Intervenor State of Oregon on Claim 1.

(2) Judgment is entered in favor of Plaintiff Northwest Environmental Advocates on Claim 2. This judgment is solely declaratory.

(3) Judgment is entered in favor of Defendants U.S. Environmental Protection Agency, *et al.* and Defendant-Intervenor State of Oregon on Claim 3 regarding (A) the scope of a submission schedule required by 40 C.F.R. § 130.7(d)(1), and (B) the extent of EPA involvement required by 40 C.F.R. § 130.7(d)(1) in jointly determining TMDL submission schedules.

(4) Judgment is entered in favor of Plaintiff Northwest Environmental Advocates on Claim 3 regarding Defendant U.S. Environmental Protection Agency's action on Oregon's 2020 schedule for the submission of TMDLs targeted for development in the next two years. This judgment is solely declaratory.

(5) Claim 4 is dismissed for failure to state a claim on which relief can be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated September 24, 2024

_____
Honorable Marco. A. Hernandez
SENIOR UNITED STATES DISTRICT JUDGE